

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR **113** |
| vs. | INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>21 U.S.C. § 853 |
| DEVONTEZ BOBO, | |
| Defendant. | |

The Grand Jury Charges:

<u>COUNT I</u>

On or about July 25, 2024, in the District of Nebraska, DEVONTEZ BOBO, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

FORFEITURE ALLEGATION

1.      The allegations contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), possess with intent to distribute cocaine, DEVONTEZ BOBO shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

a.      $22,960.00 in United States currency seized from DEVONTEZ BOBO at 651 South 19th Avenue, Apartment 5 Omaha, on or about July 25, 2024.

3.      If any of the property described above, as a result of any act or omission of Defendant(s):

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MATT E. LIERMAN
Assistant United States Attorney