# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | May 28, 2025 |
| United States v. DEVONTEZ BOBO; 8:25CR113 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Matt E. Lierman AUSA |

Be advised that the above named Defendant is now in custody.  You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒    Unseal the Indictment and any underlying Magistrate Judge Case

☐    Unseal the Magistrate Judge Case

☐    Unseal the Indictment but the underlying Complaint and Affidavit should remain

   **Restricted**

☐    Unseal the Magistrate Judge Case but the underlying Complaint and Affidavit should

   remain **Restricted**