IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ,<br><br>    Plaintiff<br><br>vs.<br><br>DEVONTEZ BOBO,<br><br>    Defendant. | 8:25CR113<br><br>ADOPTION OF PRESENTENCE INVESTIGATION REPORT AND PLAINTIFF'S STATEMENT |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states it has no objections, additions, or changes to be made to the Revised Presentence Investigation Report completed in connection with this case. At this time, Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant, if any.  Plaintiff hereby adopts the information and materials contained within the Revised Presentence Investigation Report.

Dated this 13th day of December, 2025.

                                            UNITED STATES OF AMERICA,
                                            Plaintiff

                                            LESLEY A. WOODS
                                            United States Attorney

By:   s/ Matt E. Lierman
       MATT E. LIERMAN, #22191
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 345-5724
       E-mail:  matt.lierman@usdoj.gov

CERTIFICATE OF SERVICE

 I hereby certify that on December 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

 I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Lisa M. Mayland
U.S. Probation and Pretrial Services Officer
lisa_mayland@nep.uscourts.gov

                s/ Matt E. Lierman
                Assistant U.S. Attorney