IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEVONTEZ BOBO,<br><br>　　　　　　Defendants. | 8:25-CR-113<br><br>**ORDER ON REQUEST FOR<br>TRANSCRIPT** |

This matter is before the Court on a Request for Transcript filed by nonparty LaVonte Prince. Filing 37. The request relates to a transcript of the defendant's sentencing hearing held on January 7, 2026. Filing 32 (Text Minute Entry). The request is granted, provided LaVonte Prince contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event LaVonte Prince does not contact Ms. Schroder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty LaVonte Prince, Filing 37, is granted as to the transcript under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to Lavonte Prince at the address provided in Filing 37.

Dated this 28th day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge